STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. AMI-
ELLO RAIMONDI, PLAINTIFF IN ERROR.

Submitted May 27, 1927—Decided October 17, 1927.

For the defendant in error, *Joseph Smith*.

For the plaintiff in error, *Harold Simandl*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

